UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL V. DOUGLASS, | Case No. 6:15-cv-01486-TC |
| Plaintiff, | ORDER |
| v. | |
| FIDELITY INVESTMENTS, | |
| Defendant. | |

Aiken, Judge:

Magistrate Judge Coffin filed his Findings and Recommendation on April 14, 2016. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982); see also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

THEREFORE, IT IS HEREBY ORDERED that Judge Coffin's Findings and Recommendation (doc. 18) is adopted in its entirety. Defendant's Motion to Dismiss (doc. 5) is GRANTED, and this case is DISMISSED.

Dated this 17 day of May, 2016.

Ann Aiken
United States District Judge

2    - ORDER